IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | CASE NO. 03-07506 CH |
| PETER G. KASER and ) | |
| BECKY G. KASER, ) | |
| ) | WITHDRAWAL OF REPORT OF |
| Debtors. ) | TRUSTEE UNDER BANKRUPTCY RULE |
| ) | 3011 FOR UNCLAIMED FUNDS |

COMES NOW Charles L. Smith, Trustee in the above bankruptcy, and hereby withdraws his Report of Trustee under Bankruptcy Rule 3011 for Unclaimed Funds as filed herein.

DATED:  March 9, 2009      /s/ Charles L. Smith
Charles L. Smith, Trustee, IS9999916
TELPNER, PETERSON, SMITH, RUESCH, THOMAS & SIMPSON
25 Main Place, Suite 200
P.O. Box 248
Council Bluffs, IA  51502-0248
Telephone:  (712) 325-9000
Facsimile:  (712) 328-1946

CERTIFICATE OF SERVICE

I hereby certify that on 3/9/09, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Office of the U.S. Trustee
210 Walnut Street, Room 793
Des Moines, IA 50309-2108

John M. Miller
Attorney at Law
974 73rd Street, Suite 22
Des Moines, IA 50312

and I hereby do certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Peter G. Kaser and
Becky G. Kaser
2609 71st
Urbandale, IA 50322

/s/ Kris Franks