# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: Kaser, Peter G. | § Case No. 03-07506-C-H |
| Kaser, Becky G. | § |
| | § |
| Debtor(s) | § |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Charles L. Smith, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $313,552.00            Assets Exempt:  $138,052.00

Total Distribution to Claimants: $28,311.70       Claims Discharged
                                                  Without Payment: $1,460,395.16

Total Expenses of Administration: $5,660.35

---

   3) Total gross receipts of $   33,972.05  (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $       0.00    (see **Exhibit 2** ), yielded net receipts of $33,972.05 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (4/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $319,478.06 | $215,017.26 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,660.35 | 5,660.35 | 5,660.35 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 1,848,315.12 | 1,884,295.27 | 1,488,706.86 | 28,311.70 |
| **TOTAL DISBURSEMENTS** | $2,167,793.18 | $2,104,972.88 | $1,494,367.21 | $33,972.05 |

4) This case was originally filed under Chapter 7 on January 21, 2004.
. The case was pending for 67 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/19/2009          By: /s/Charles L. Smith
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (4/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Real Estate - Brooksville, FL | 1110-000 | 6,200.00 |
| First American Account | 1129-000 | 539.00 |
| 70% Shares of Stock-Kaser Development, Inc. | 1129-000 | 5,500.00 |
| 1/3 Interest-Kaser Properties, a Partnership | 1129-000 | 12,980.94 |
| Accrued Wages and Tax Refunds | 1124-000 | 2,155.00 |
| Debtor's Proof of Claim in Ampel Corp Bankruptcy | 1129-000 | 1,000.00 |
| Kaser Properties Proof of claim in Ampel Bkcy | 1129-000 | 5,000.00 |
| Interest Income | 1270-000 | 597.11 |
| **TOTAL GROSS RECEIPTS** | | **$33,972.05** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | | | |

**UST Form 101-7-TDR (4/1/2009)**

**EXHIBIT 3 −SECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Union State Bank of Winterset co John E Casper | 4220-000 | 50,015.00 | 58,361.52 | 0.00 | 0.00 |
| Michael Kaser | 4210-000 | 65,000.00 | 148,792.68 | 0.00 | 0.00 |
| American Express Business Financial Services Andrew A Muchon | 4210-000 | 25,363.06 | 7,863.06 | 0.00 | 0.00 |
| First Federal Bank | 4110-000 | 56,000.00 | N/A | 0.00 | 0.00 |
| Washington Mutual | 4110-000 | 119,000.00 | N/A | 0.00 | 0.00 |
| Polk County Treasurer | 4700-000 | 4,100.00 | N/A | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | $319,478.06 | $215,017.26 | $0.00 | $0.00 |

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Charles L. Smith | 2100-000 | N/A | 4,146.74 | 4,146.74 | 4,146.74 |
| Charles L. Smith | 2200-000 | N/A | 100.15 | 100.15 | 100.15 |
| Dickinson & Clark | 3420-000 | N/A | 1,267.00 | 1,267.00 | 1,267.00 |
| International Sureties, Ltd. | 2300-000 | N/A | 14.68 | 14.68 | 14.68 |
| International Sureties, Ltd. | 2300-000 | N/A | 37.04 | 37.04 | 37.04 |
| International Sureties, Ltd. | 2300-000 | N/A | 30.52 | 30.52 | 30.52 |
| International Sureties, Ltd. | 2300-000 | N/A | 41.85 | 41.85 | 41.85 |
| International Sureties, Ltd. | 2300-000 | N/A | 22.37 | 22.37 | 22.37 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $5,660.35 | $5,660.35 | $5,660.35 |

**UST Form 101-7-TDR (4/1/2009)**

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ampel Corporation c/o Deborah Petersen | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| Mike Downey | 7100-000 | 250,000.00 | 406,639.57 | 406,639.57 | 7,733.33 |
| Collective Investment Management | 7100-000 | 200,000.00 | 226,643.58 | 0.00 | 0.00 |
| William F. Oertel | 7100-000 | 20,000.00 | 20,000.00 | 20,000.00 | 380.36 |
| Ronald Klipfel | 7100-000 | 1,000.00 | 7,219.97 | 0.00 | 0.00 |
| Ronald Klipfel | 7100-000 | N/A | 58.45 | 0.00 | 0.00 |
| Ronald Klipfel | 7100-000 | N/A | 630.00 | 0.00 | 0.00 |
| Continental Laboratories Inc | 7100-000 | 4,700.00 | 4,000.00 | 4,000.00 | 76.08 |
| Textron Financial Corporation | 7100-000 | 38,948.04 | 43,018.15 | 43,018.15 | 818.11 |
| Cavalry Portfolio Services LLC | 7100-000 | 6,668.66 | 8,095.59 | 8,095.59 | 153.96 |
| Wells Fargo Bank Iowa NA | 7100-000 | 24,000.00 | 21,925.02 | 21,925.02 | 416.96 |

**UST Form 101-7-TDR (4/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Discover Bank | 7100-000 | 14,442.64 | 14,442.64 | 14,442.64 | 274.66 |
| Discover Bank | 7100-000 | N/A | 14,442.64 | 0.00 | 0.00 |
| Michael Kaser | 7100-000 | N/A | 146,593.77 | 0.00 | 0.00 |
| Worldwide Asset Purchasing LLC | 7100-000 | 6,581.00 | 6,918.52 | 6,918.52 | 131.57 |
| Collective Investment Management | 7100-000 | 200,000.00 | 346,383.41 | 346,383.41 | 6,587.39 |
| June Lovejoy | 7100-000 | 250,000.00 | 487,160.00 | 487,160.00 | 9,264.63 |
| Citibank, NA Citibank/CHOICE | 7100-000 | 6,651.00 | 8,393.80 | 8,393.80 | 159.63 |
| Citibank USA | 7100-000 | 22,703.00 | 25,929.34 | 25,929.34 | 493.11 |
| Citibank USA | 7100-000 | 10,649.04 | 21,298.08 | 21,298.08 | 405.04 |
| Tom Koehn | 7100-000 | 65,000.00 | 74,502.74 | 74,502.74 | 1,416.87 |
| Chrysler Financial | 7100-000 | 1,000.00 | N/A | 0.00 | 0.00 |
| Commercial Federal | 7100-000 | 10,000.00 | N/A | 0.00 | 0.00 |
| Eugene Graves | 7100-000 | 1,000.00 | N/A | 0.00 | 0.00 |
| First Sierra Financial Inc | 7100-000 | 1,000.00 | N/A | 0.00 | 0.00 |
| First USA | 7100-000 | 7,321.00 | N/A | 0.00 | 0.00 |
| Interbay Funding | 7100-000 | 300,000.00 | N/A | 0.00 | 0.00 |
| Larry L. Wenzl | 7100-000 | 50,000.00 | N/A | 0.00 | 0.00 |
| MBNA | 7100-000 | 15,008.66 | N/A | 0.00 | 0.00 |
| MBNA | 7100-000 | 22,012.00 | N/A | 0.00 | 0.00 |
| MBNA | 7100-000 | 15,053.89 | N/A | 0.00 | 0.00 |
| Mellon First United Leasing | 7100-000 | 1,000.00 | N/A | 0.00 | 0.00 |
| Prarie Business Credit inc | 7100-000 | 1,000.00 | N/A | 0.00 | 0.00 |
| Roger Underwood | 7100-000 | 300,000.00 | N/A | 0.00 | 0.00 |
| Sanwa Business Credit Corp | 7100-000 | 1,000.00 | N/A | 0.00 | 0.00 |
| Texas Gypsum Industries | 7100-000 | 1,000.00 | N/A | 0.00 | 0.00 |
| Wells Fargo Bank | 7100-000 | 576.19 | N/A | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $1,848,315.12 | $1,884,295.27 | $1,488,706.86 | $28,311.70 |

**UST Form 101-7-TDR (4/1/2009)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 03-07506-C-H  
**Case Name:** Kaser, Peter G.  
Kaser, Becky G.  
**Period Ending:** 08/19/09

**Trustee:** (350260) Charles L. Smith  
**Filed (f) or Converted (c):** 01/21/04 (f)  
**§341(a) Meeting Date:** 02/23/04  
**Claims Bar Date:** 06/03/04

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Homestead | 293,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Real Estate - Brooksville, FL  (See Footnote) | 2,500.00 | 2,500.00 | | 6,200.00 | FA |
| 3 | Real Estate - El Paso, TX  (See Footnote) | 2,500.00 | 2,500.00 | OA | 0.00 | FA |
| 4 | Cash on Hand | 80.00 | 0.00 | DA | 0.00 | FA |
| 5 | American Bank Account | 25.00 | 0.00 | DA | 0.00 | FA |
| 6 | First American Account | 25.00 | 539.00 | | 539.00 | FA |
| 7 | Household Goods | 2,310.00 | 0.00 | DA | 0.00 | FA |
| 8 | Clothing | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | Wedding Rings | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 10 | Costume Jewelry | 400.00 | 0.00 | DA | 0.00 | FA |
| 11 | Remington Shotgun | 150.00 | 0.00 | DA | 0.00 | FA |
| 12 | Wells Fargo IRA | 2,900.00 | 0.00 | DA | 0.00 | FA |
| 13 | 70% Shares of Stock-Kaser Development, Inc.  (See Footnote) | Unknown | 0.00 | | 5,500.00 | FA |
| 14 | 100% Shares of Stock-Kaser Development, Inc.  (See Footnote) | Unknown | 0.00 | DA | 0.00 | FA |
| 15 | 1/3 Interest-Kaser Properties, a Partnership  (See Footnote) | Unknown | 12,980.94 | | 12,980.94 | FA |
| 16 | Accrued Wages and Tax Refunds  (See Footnote) | 2,000.00 | 2,155.00 | | 2,155.00 | FA |
| 17 | Debtor's Proof of Claim in Ampel Corp Bankruptcy (See Footnote) | Unknown | 1,000.00 | | 1,000.00 | FA |
| 18 | 1997 Pontiac Bonneville | 4,737.00 | 0.00 | DA | 0.00 | FA |
| 19 | 1996 Geo Prizm | 2,950.00 | 0.00 | DA | 0.00 | FA |
| 20 | Kaser Properties Proof of claim in Ampel Bkcy  (See Footnote) | Unknown | 90,436.00 | | 5,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 597.11 | FA |
| 21 | Assets   Totals (Excluding unknown values) | **$318,077.00** | **$112,110.94** | | **$33,972.05** | **$0.00** |

RE PROP# 2    Pursuant to Order Approving Sale filed 10/29/04, Trustee sold this lot to Michael Kaser, Debtor's son, for $6,200.

Printed: 08/19/2009 01:23 PM    V.11.50

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 03-07506-C-H  **Trustee:** (350260) Charles L. Smith
**Case Name:** Kaser, Peter G.  **Filed (f) or Converted (c):** 01/21/04 (f)
Kaser, Becky G.  **§341(a) Meeting Date:** 02/23/04
**Period Ending:** 08/19/09  **Claims Bar Date:** 06/03/04

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

RE PROP# 3    Trustee has been advised that this lot cannot be sold unless the utilities are put on the property.
RE PROP# 13   Pursuant to Order Approving Sale filed 11/8/04, Trustee sold Debtors' interest in this asset to
              Collective Investment Management for $5,500.
RE PROP# 14   After investigation, the Trustee has determined that this asset would not be economical to
              adminster.
RE PROP# 15   Sole asset is real estate at 7200 Hickman Road, Des Moines. This property sold 3/4/04 for $37,824.
              Debtor's 1/3 interest equals $12,980.94.

RE PROP# 16   $4,155 Federal Refund
              - 2,000 Less Exemption
              $2,155 Nonexempt Refunds/Wages


              Trustee filed a Motion to Compel Turnover on 12/14/05.


RE PROP# 17   Pursuant to Order Approving Compromise filed 8/31/04, Trustee compromised this claim with Deborah
              Petersen, Trustee in Ampel Corporation for the sum of $1,000.
RE PROP# 20   Order Approving Compromise filed 11/19/08.

---

**Major Activities Affecting Case Closing:**

Closing pending negotiation of all distribution checks and approval of TDR.

**Initial Projected Date Of Final Report (TFR):** December 31, 2005    **Current Projected Date Of Final Report (TFR):** December 29, 2008 (Actual)

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 03-07506-C-H  
**Case Name:** Kaser, Peter G.  
  Kaser, Becky G.  
**Taxpayer ID #:** 13-7422532  
**Period Ending:** 08/19/09  

**Trustee:** Charles L. Smith (350260)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****49-65 - Money Market Account  
**Blanket Bond:** $20,548,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 07/19/04 | {15} | Grefe and Sidney, P.L.C. Trustee | Turnover sale proceeds | 1129-000 | 12,980.94 | | 12,980.94 |
| 07/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.1500% | 1270-000 | 0.59 | | 12,981.53 |
| 08/02/04 | 1001 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 07/29/2004 FOR CASE #03-07506-C, Bond #016018056 Term 6/1/04 - 6/1/05 | 2300-000 | | 14.68 | 12,966.85 |
| 08/31/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2000% | 1270-000 | 2.03 | | 12,968.88 |
| 09/13/04 | {17} | Deborah L. Petersen, Trustee of | Payment pursuant to Order Approving Compromise filed 8/31/04 | 1129-000 | 1,000.00 | | 13,968.88 |
| 09/14/04 | | Peter Kaser | Turnover nonexempt bank accounts and partial nonexempt tax refunds | | 2,505.00 | | 16,473.88 |
| | {6} | | 539.00 | 1129-000 | | | 16,473.88 |
| | {16} | | 1,966.00 | 1124-000 | | | 16,473.88 |
| 09/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2000% | 1270-000 | 2.43 | | 16,476.31 |
| 10/08/04 | {2} | Michael Kaser | Payment pursuant to Order Approving Sale filed 10/29/04 | 1110-000 | 6,200.00 | | 22,676.31 |
| 10/29/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 3.63 | | 22,679.94 |
| 11/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 4.66 | | 22,684.60 |
| 12/31/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 4.82 | | 22,689.42 |
| 01/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3000% | 1270-000 | 5.69 | | 22,695.11 |
| 02/28/05 | {13} | Collective Investment Management | Payment Pursuant to Order Approving Sale filed 11/8/04 | 1129-000 | 5,500.00 | | 28,195.11 |
| 02/28/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | 5.41 | | 28,200.52 |
| 03/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | 8.33 | | 28,208.85 |
| 04/29/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | 8.12 | | 28,216.97 |
| 05/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | 8.39 | | 28,225.36 |
| 06/01/05 | 1002 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2005 FOR CASE #03-07506-C, Bond # 016018056 | 2300-000 | | 37.04 | 28,188.32 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 9.00 | | 28,197.32 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 9.77 | | 28,207.09 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 10.78 | | 28,217.87 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 11.10 | | 28,228.97 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 12.26 | | 28,241.23 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 12.77 | | 28,254.00 |
| 12/23/05 | {16} | Debtor | Turnover of balance of nonexempt tax refunds | 1124-000 | 189.00 | | 28,443.00 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 14.14 | | 28,457.14 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 16.03 | | 28,473.17 |

Subtotals : $28,524.89   $51.72

{} Asset reference(s)    Printed: 08/19/2009 01:23 PM    V.11.50

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 03-07506-C-H  
**Case Name:** Kaser, Peter G.  
Kaser, Becky G.  
**Taxpayer ID #:** 13-7422532  
**Period Ending:** 08/19/09

**Trustee:** Charles L. Smith (350260)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****49-65 - Money Market Account  
**Blanket Bond:** $20,548,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 15.29 | | 28,488.46 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 16.94 | | 28,505.40 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 18.05 | | 28,523.45 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 19.39 | | 28,542.84 |
| 06/05/06 | 1003 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2006 FOR CASE #03-07506-C, Bond #016018056 | 2300-000 | | 30.52 | 28,512.32 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 18.76 | | 28,531.08 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 19.39 | | 28,550.47 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 19.41 | | 28,569.88 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 18.15 | | 28,588.03 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 20.04 | | 28,608.07 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 18.80 | | 28,626.87 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 18.18 | | 28,645.05 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 19.10 | | 28,664.15 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 14.28 | | 28,678.43 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 15.31 | | 28,693.74 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 15.83 | | 28,709.57 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 15.84 | | 28,725.41 |
| 06/01/07 | 1004 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2007 FOR CASE #03-07506-C, Bond #016018056 | 2300-000 | | 41.85 | 28,683.56 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 14.81 | | 28,698.37 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.34 | | 28,714.71 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 15.84 | | 28,730.55 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 14.31 | | 28,744.86 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.88 | | 28,761.74 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 14.96 | | 28,776.70 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 14.65 | | 28,791.35 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 13.16 | | 28,804.51 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 5.91 | | 28,810.42 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 5.35 | | 28,815.77 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 4.01 | | 28,819.78 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.60 | | 28,823.38 |
| 06/02/08 | 1005 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2008 FOR CASE #03-07506-C, Bond number 016018056 | 2300-000 | | 22.37 | 28,801.01 |

Subtotals :   $422.58   $94.74

{} Asset reference(s)   Printed: 08/19/2009 01:23 PM   V.11.50

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 03-07506-C-H  
**Case Name:** Kaser, Peter G.  
Kaser, Becky G.  
**Taxpayer ID #:** 13-7422532  
**Period Ending:** 08/19/09  

**Trustee:** Charles L. Smith (350260)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****49-65 - Money Market Account  
**Blanket Bond:** $20,548,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.66 | | 28,804.67 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.66 | | 28,808.33 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.42 | | 28,811.75 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.78 | | 28,815.53 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 3.14 | | 28,818.67 |
| 11/26/08 | {20} | Deborah L. Petersen, Trustee | Payment pursuant to 11/19/08 Order Approving Compromise | 1129-000 | 5,000.00 | | 33,818.67 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 2.26 | | 33,820.93 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.37 | | 33,823.30 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.37 | | 33,824.67 |
| 02/20/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.92 | | 33,825.59 |
| 02/20/09 | | To Account #********4966 | Transfer funds from Money Market to Checking to Pay Final Distribution | 9999-000 | | 33,825.59 | 0.00 |
| | | | ACCOUNT TOTALS | | 33,972.05 | 33,972.05 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 33,825.59 | |
| | | | Subtotal | | 33,972.05 | 146.46 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $33,972.05 | $146.46 | |

{} Asset reference(s)

Printed: 08/19/2009 01:23 PM   V.11.50

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 03-07506-C-H  
**Case Name:** Kaser, Peter G.  
Kaser, Becky G.  
**Taxpayer ID #:** 13-7422532  
**Period Ending:** 08/19/09

**Trustee:** Charles L. Smith (350260)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****49-66 - Checking Account  
**Blanket Bond:** $20,548,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/20/09 | | From Account #********4965 | Transfer funds from Money Market to Checking to Pay Final Distribution | 9999-000 | 33,825.59 | | 33,825.59 |
| 02/20/09 | 101 | Dickinson & Clark | Dividend paid 100.00% on $1,267.00, Accountant for Trustee Expenses (Other Firm); Reference: 67330 | 3420-000 | | 1,267.00 | 32,558.59 |
| 02/20/09 | 102 | Charles L. Smith | Dividend paid 100.00% on $4,146.74, Trustee Compensation; Reference: | 2100-000 | | 4,146.74 | 28,411.85 |
| 02/20/09 | 103 | Charles L. Smith | Dividend paid 100.00% on $100.15, Trustee Expenses; Reference: | 2200-000 | | 100.15 | 28,311.70 |
| 02/20/09 | 104 | Mike Downey | Dividend paid 1.90% on $406,639.57; Claim# 2; Filed: $406,639.57; Reference: | 7100-000 | | 7,733.33 | 20,578.37 |
| 02/20/09 | 105 | William F. Oertel | Dividend paid 1.90% on $20,000.00; Claim# 4; Filed: $20,000.00; Reference: | 7100-000 | | 380.36 | 20,198.01 |
| 02/20/09 | 106 | Continental Laboratories Inc | Dividend paid 1.90% on $4,000.00; Claim# 8; Filed: $4,000.00; Reference: | 7100-000 | | 76.08 | 20,121.93 |
| 02/20/09 | 107 | Textron Financial Corporation | Dividend paid 1.90% on $43,018.15; Claim# 9; Filed: $43,018.15; Reference: 099 7003405 001 | 7100-000 | | 818.11 | 19,303.82 |
| 02/20/09 | 108 | Cavalry Portfolio Services LLC | Dividend paid 1.90% on $8,095.59; Claim# 10; Filed: $8,095.59; Reference: 01044472 | 7100-000 | | 153.96 | 19,149.86 |
| 02/20/09 | 109 | Wells Fargo Bank Iowa NA | Dividend paid 1.90% on $21,925.02; Claim# 12; Filed: $21,925.02; Reference: 116 2789795 | 7100-000 | | 416.96 | 18,732.90 |
| 02/20/09 | 110 | Discover Bank | Dividend paid 1.90% on $14,442.64; Claim# 13; Filed: $14,442.64; Reference: 6011 0079 4700 5335 | 7100-000 | | 274.66 | 18,458.24 |
| 02/20/09 | 111 | Worldwide Asset Purchasing LLC | Dividend paid 1.90% on $6,918.52; Claim# 16; Filed: $6,918.52; Reference: 5490 9932 9919 3013 | 7100-000 | | 131.57 | 18,326.67 |
| 02/20/09 | 112 | Collective Investment Management | Dividend paid 1.90% on $346,383.41; Claim# 17; Filed: $346,383.41; Reference: | 7100-000 | | 6,587.39 | 11,739.28 |
| 02/20/09 | 113 | June Lovejoy | Dividend paid 1.90% on $487,160.00; Claim# 19; Filed: $487,160.00; Reference: Voided on 03/12/09 | 7100-003 | | 9,264.63 | 2,474.65 |
| 02/20/09 | 114 | Citibank, NA Citibank/CHOICE | Dividend paid 1.90% on $8,393.80; Claim# 21; Filed: $8,393.80; Reference: 5424180482839179 | 7100-000 | | 159.63 | 2,315.02 |
| 02/20/09 | 115 | Citibank USA | Dividend paid 1.90% on $25,929.34; Claim# 22; Filed: $25,929.34; Reference: 4147110144289731 | 7100-000 | | 493.11 | 1,821.91 |

Subtotals: $33,825.59   $32,003.68

{} Asset reference(s)

Printed: 08/19/2009 01:23 PM   V.11.50

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 03-07506-C-H  
**Case Name:** Kaser, Peter G.  
Kaser, Becky G.  
**Taxpayer ID #:** 13-7422532  
**Period Ending:** 08/19/09  

**Trustee:** Charles L. Smith (350260)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****49-66 - Checking Account  
**Blanket Bond:** $20,548,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/20/09 | 116 | Citibank USA | Dividend paid   1.90% on $21,298.08; Claim# 23; Filed: $21,298.08; Reference: 5308933009004565 | 7100-000 | | 405.04 | 1,416.87 |
| 02/20/09 | 117 | Tom Koehn | Dividend paid   1.90% on $74,502.74; Claim# 24; Filed: $74,502.74; Reference: | 7100-000 | | 1,416.87 | 0.00 |
| 03/12/09 | 113 | June Lovejoy | Dividend paid   1.90% on $487,160.00; Claim# 19; Filed: $487,160.00; Reference: Voided: check issued on 02/20/09 | 7100-003 | | -9,264.63 | 9,264.63 |
| 03/12/09 | 118 | June Lovejoy Trust | Dividend paid   1.90% on $487,160.00; Claim# 19; Filed: $487,160.00; Reference: | 7100-000 | | 9,264.63 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 33,825.59 | 33,825.59 | $0.00 |
| | | | Less: Bank Transfers | | 33,825.59 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 33,825.59 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$33,825.59** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****49-65** | 33,972.05 | 146.46 | 0.00 |
| **Checking # ***-*****49-66** | 0.00 | 33,825.59 | 0.00 |
| | $33,972.05 | $33,972.05 | $0.00 |

{} Asset reference(s)

Printed: 08/19/2009 01:23 PM    V.11.50